
# Cornerstone
## RECORDS MANAGEMENT

| | |
|---|---|
| **Invoice Number:** | F-1000788 |
| Invoice Date: | 1/23/2014 |
| Requester ID: | 364371 |
| Request ID: | 726450 |

Federal ID Number: 26-4237101

| | |
|---|---|
| Website: | Cornerstone-RM.com |
| Phone: | (732) 698-9950 or (518) 391-2650 |
| Fax: | (732) 698-9974 |

**Bill To:**
Jana Vaughan
Secure Record Services, Inc.
P.O. Box 290578
Charlestown, MA 02129

**Ship To:**
Secure Record Services, Inc.
P.O. Box 290578
Charlestown, MA 02129
Attention: Jana Vaughan

As per your request, we have retrieved your records. Payment is due immediately. Collection procedures will commence after 30 days.

| Provider | Item | Price | Amount |
|---|---|---|---|
| Mid-Rockland Imaging Associates Division of Hudson Valley Radiology Associates 18 Squadron Blvd. New City, NY 10956 **Cancellation of completed requests may be subject to fee(s).** Pages on this Request: 5 | Paper Records - Rate 1 | $1.50 | $9.00 |
| | Postage | | $1.12 |

**Patient Name:** HEND GHOBRIEL
Date of Birth: 7/12/1977
Reference ID or File #: 158024

| | |
|---|---|
| Invoice Total: | $10.12 |
| Less Payments Received: | |
| **Total Due Now:** | **$10.12** |

---- Detach form and include with payment ----

## Remittance

**Check Address:**
Cornerstone Records Management
Copy Depository
PO Box 79752
Baltimore, MD 21279-0752

**Correspondence Address:**
9 Brick Plant Road Ste. B
South River NJ, 08882

**Overnight Address:**
Cornerstone Records Management
Copy Depository
Attn: Box 79752
1000 Stewart Ave.
Glen Burnie, MD 21061

Provide credit card payment by phone or fax.
We accept Amex, Master Card, and Visa.

Card Number: _____ Expiration Date: _____
Name on Card: _____
Billing Address: _____
_____
Signature: _____

Invoice Number: F-1000788    Invoice Date: 1/23/2014    Requester ID: 364371    Request ID: 726450